UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN CRAIG, JR., AND ELISHA LAMB, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN CL, DL AND JL | CIVIL NO. 1:19-cv-00028<br><br>JUDGE<br><br>MAG. |
| VERSUS | |
| AARON ROYAL, ATS SPECIALIZED, INC. AND GREAT WEST CASUALTY INSURANCE COMPANY | |

**NOTICE OF REMOVAL**

**NOW INTO COURT,** through undersigned counsel, come defendants, Aaron Royal, ATS Specialized, Inc. ("ATS") and Great West Casualty Company ("Great West", incorrectly named in the plaintiff's Petition for Damages as "Great West Casualty Insurance Company"), who hereby give notice of the removal of this action from the 35th Judicial District Court for the Parish of Grant, State of Louisiana, on the following grounds:

I.

Removal to this Honorable Court is proper pursuant to 28 USC § 1332 and § 1441, in that when this action was commenced and presently there is complete diversity of citizenship between the plaintiffs, Kevin Craig, Jr. and Elisha Lamb, individually and on behalf of the minors, CL, DL and JL, all of whom are citizens of and domiciled in the State of Louisiana, and the defendants, none of whom are citizens of Louisiana. More specifically, at relevant times Mr. Royal has been a citizen of and domiciled in the State of Arkansas, ATS is incorporated in Minnesota and also has its principal place of business there, and Great West is incorporated in Nebraska as well as maintain

1

its principal place of business there.

II.

Further, this judicial district encompasses the state court in which this suit was filed; less than thirty (30) days have elapsed since these parties received any service of the plaintiffs' Petition for Damages in this action; and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, in that in addition to the allegations in the plaintiffs' Petition for Damages which states that Kevin Craig, Jr. has undergone lumbar surgery at L4-5, L5-S1 as a result of the injuries sustained in the subject accident and that he seeks past, present and future damages for alleged (i) physical pain and suffering, (ii) mental anguish, (iii) loss of enjoyment of life, (iv) permanent scarring and disfigurement, (v) permanent disability, (vi) medical expenses, and (vii) wage loss, plaintiffs' counsel of record in this action has confirmed to the undersigned counsel that Mr. Craig is individually seeking damages in excess of $75,000.00, exclusive of interest and costs, for his own alleged injuries, in that his claim for past medical expenses alone far exceeds that amount, before even adding the other claims and amounts alleged and sought by him and/or the other plaintiffs in this suit.

III.

Attached hereto as Exhibit "A" is a copy of the original Petition for Damages filed in this matter, styled "Kevin Craig, Jr., et al v. Aaron Royal, et al," No. 25819, 35th Judicial District Court, Grant Parish, Louisiana. No returns of service have been filed yet into the state court record, but same will be supplemented when received. No other pleading aside from the original Petition for Damages has been filed in the state court record, although attached as Exhibit "B" is a Request for Notice filed by the plaintiffs.

IV.

As indicated in the plaintiffs' attached Petition for Damages, this is a civil action involving claims for personal injury and related damages allegedly caused by a vehicular accident which occurred in Grant Parish, Louisiana, on or about March 15, 2018.

V.

Undersigned counsel will promptly serve the plaintiffs with this Notice of Removal and will also file a copy with the clerk of the state court in which this suit was filed.

VI.

In making this filing, there is no intent to waive any exceptions, rights or defenses to which any defendant is entitled, including without limitation, the right to object to any and all defects in the plaintiffs' Petition for Damages, service of process, citation, jurisdiction and/or venue, and any and all such rights and defenses are hereby expressly reserved.

**WHEREFORE,** it is respectfully prayed that this cause proceed in this Honorable Court as an action properly removed from the 35th Judicial District Court for the Parish of Grant, State of Louisiana.

>Respectfully submitted,
>
>s/ C. David Vasser, Jr.
>_____
>C. David Vasser, Jr. (LA #18518) T.A.
>VASSER & VASSER
>516 Myrtle Hill Drive
>Baton Rouge, LA 70810
>Tel 225-767-0352
>Fax 225-767-4801
>dave@vasserlaw.com
>*Counsel for Defendants,*
>*Aaron Royal, ATS Specialized, Inc.*
>*and Great West Casualty Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been filed electronically and that it is available for viewing and downloading from the ECF system and that a copy has been furnished to all counsel of record, via electronic delivery and/or U.S. Mail, this 10th day of January, 2019.  	s/ C. David Vasser, Jr., Esq.